460 A.2d 855

Fidelity Bank v. Burke etc., Appellants.

Before CAVANAUGH, BROSKY and CIRILLO, JJ.

Order affirmed.